IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEFFREY HARRISON                                              PLAINTIFF

v.                        No. 4:21-cv-321-DPM

AJAY KUMAR and SRAN TRANS, INC.                               DEFENDANTS

ORDER

Harrison's attorneys, Kyle L. Mathis and W. Cagney McCormick, are not admitted to practice in this Court. Their motion to appear *pro hac vice* was denied without prejudice due to lack of local counsel. Unless an eligible attorney appears on Harrison's behalf by 17 June 2021, he will proceed *pro se*. In that event, Mr. Mathis and Mr. McCormick must provide the Clerk's Office with Harrison's complete contact information by that date.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

2 June 2021