# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEFFREY HARRISON**                                              **PLAINTIFF**

v.                              No. 4:21-cv-321-DPM

**AJAY KUMAR and SRAN TRANS, INC.**                   **DEFENDANTS**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 2 August 2021 to consider enforcement of the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

21 June 2021